**PC SCAN**

**FILED** 8/4/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
RP

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Joseph Murphy #M42534
(full name of plaintiff or petitioner)

vs.

Andreya-Tec, c/o Morris
Lt. Knudson
(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (PRISONER CASES)**

Case number: **1:22-CV-04098**
**JUDGE ELLIS**
**MAGISTRATE JUDGE COX**
**PC4**

**Instructions:** Please answer every question. Do not leave blanks. If the answer is "0" or "none," say so.

If you are in custody, you are subject to the Prison Litigation Reform Act ("PLRA"). The PLRA requires all pretrial detainees and prisoners to pay the filing fee. If you cannot pay the full filing fee at this time, you may seek leave to proceed *in forma pauperis*. A pretrial detainee or prisoner who proceeds *in forma pauperis* pays the full filing fee over time, with monthly installments taken from his or her trust fund account.

**Application:** I am the plaintiff / petitioner in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

✓ to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
✓ to request an attorney

1. *Are you in custody?* ✓ Yes ___ No
   ID # M42534   Name of jail or prison: Pontiac C.C.
   Do you receive any payment from this institution? ✓ Yes ___ No
   If "Yes," how much per month? $ State Pay

2. *Other sources of income / money:* For the past 12 months, list the amount of money that you have received from any of the following sources:

   (list the 12-month total for each)

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ None |
   | Income from interest or dividends: | $ None |
   | Income from rent payments: | $ None |
   | Pensions, annuities, or life insurance: | $ None |
   | Disability or worker's compensation: | $ None |
   | Gifts: | $ None |
   | Deposits by others into your jail or prison account: | $ None |
   | Unemployment, public assistance, or welfare: | $ None |
   | Settlements or judgments: | $ None |
   | Any other source of money: | $ None |

3. *Cash and bank accounts:* Do you have any money in cash or in a checking or savings account? ___ Yes  ✓ No  If yes, how much? _____

4. *Other assets:* Do you have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)?  ___ Yes  ✓ No

If yes, list each item of property and state its approximate value:

_____
_____

5. *Dependents:* Is anyone dependent on you for support?  ___ Yes  ✓ No

If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

_____
_____

6. *Debts and financial obligations:* List any amounts you owe to others:

_____
_____

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 07-27-22

Joseph Murphy
Applicant's signature

Joseph Murphy
Printed name

**NOTICE TO PRISONERS:** In addition to the Certificate below, you must attach a print-out from the institution(s) where you have been in custody during the last six months showing all receipts, expenditures and balances in your prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. You must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE (Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant named above, _____, ID # _____, has the sum of $ _____ on account to his/her credit at _____ (name of institution). I also certify that during the past six months, the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then divide by the number of months.)

Date: _____

Refused To Sign or Note
Signature of authorized officer

_____
Printed name

rev. 2/2020                                    Page 2 of 2



September 8, 2021

Dear Joseph Murphy M42534

    We are writing this letter because you have reached out to the Illinois Prison Project regarding legal services.

    We have received your letter. Unfortunately, we cannot provide you with legal services at this time and you were not selected for our current campaigns. We have kept a record of your letter and will reach out if you are selected to be a possible candidate for any future campaigns. We have also included a Commutation Toolkit specifically for incarcerated individuals with this letter. We hope that it's helpful for you.

    If you are in touch with any friends or family members, they can help write your commutation petition without the assistance of an attorney by referring to Commutation Toolkit on the Resources page of our website: www.illinoisprisonproject.org

Sincerely,
Illinois Prison Project

Transgender Law Center
National Headquarters
P.O. Box 70976
Oakland, CA 94612
(510) 587-9696
www.transgenderlawcenter.org

Date: May 4, 2022

Dear Andrea,

Thank you for calling Transgender Law Center (TLC). We very much appreciate your patience in awaiting a response. Due to our limited resources and staff, we are unable to respond to all the calls we receive from prison with the immediacy they deserve. We are very sorry to hear of the abuse you have experienced and the authorities' failure to follow up on your complaint.

The primary focus of our prison work is to connect incarcerated transgender and gender-nonconforming people with information to equip them in advocating for themselves. The resources we have access to include 1) policies issued by specific state DOCs and the federal BOP, 2) guides to navigating grievance processes and filing lawsuits, 3) know-your-rights guides for transgender and LGBT people, 4) model policies developed by LGBT advocacy organizations, 5) statements from medical professional associations on the necessity of transition-related health care, 6) medical information about transition-related health care, 7) case law from previous lawsuits filed by transgender people in prison, 8) reentry resources, and 9) resource lists of other organizations. If you are interested in any of these resources, please let us know, and we will send you as much relevant information as we are able to.

Transgender Law Center has no capacity to take on new legal cases or engage in direct advocacy at this time. Please do not send us any documentation except by our request, especially any grievances or documentation for which you do not have additional copies, since we may not be able to return documents sent to us.

We are sending the following resources, which we hope will help you in your efforts to advocate for yourself:

### Introductory response packet:

- TLC's "Advocating for Yourself While in Custody in California" *(Despite the title, the majority of the information contained on the fact sheet is applicable in every state, and all of the info that is exclusively useful to people incarcerated in California is clearly labeled)*
- ACLU's "Know Your Rights" guide for transgender prisoners
- Tranzmission Prison Project's LGBT "National Prisoners Resource List"

### Information about HRT:

- Medical Guide to MTF Hormones
- UCSF Information About MTF Estrogen Therapy

### Information for people considering a lawsuit:
- Jailhouse Lawyer's Handbook
- Jailhouse Lawyer's Manual Chapter on LGBT Prisoners
- Know Your Rights - Prison Litigation Reform Act (PLRA)

### Selected Illinois DOC policies and publications:

- 04.01.114 Grievance Procedure
- 04.01.301 Sexual Abuse & Harassment Prevention & Intervention
- 04.03.104 Transgender Offenders
- PREA handout
- Transgender Mental Health Care

### Self-care guides:

- Self-Care on the Inside Guide
- Trans Sexual Violence Survivors Self-Help Guide

### Resource lists:

- Books to Prisoners Programs List
- Pen Pal Programs List
- Prison Activism Resource Center (PARC) Directory
- Prison Book Program Resource List

I have also included in this packet contact information for attorneys in your state who have said that they have experience working on prison/jail issues, and have indicated that they are trans-friendly. However, we cannot vouch for their expertise or whether they would be willing to take your case. We encourage you to do your own investigation.

It is important for you to understand that this letter and any accompanying resources are legal information, not legal advice. Transgender Law Center cannot offer to represent you at this time, and any future representation would only commence after a written, signed representation agreement. Any legal claims you may have are likely subject to deadlines which could cause you to lose the right to pursue those claims in the future. We are unable to say whether any deadlines have passed or will soon pass. We encourage you to consult with an attorney or research applicable statutes of limitations so that you do not miss a potential deadline.

Transgender Law Center
National Headquarters
P.O. Box 70976
Oakland, CA 94612
(510) 587-9696
www.transgenderlawcenter.org

I hope this helps. Once again, I want to thank you for your patience. I am looking forward to hearing from you with any updated information that you may have.


Sincerely,

Transgender Law Center


*This letter was prepared by a volunteer or legal worker under the supervision of Transgender Law Center's senior staff attorney, Shawn Meerkamper (admitted in California and Nevada (inactive) only. California State Bar Number 296964.)*

PS: Note that we are no longer located at 1629 Telegraph Avenue. Please address any future mail to the P.O. Box above.

# Pontiac Correctional Center
## Trust Fund
### Receipt Documents

REPORT CRITERIA - Transfer or Western Union? : Transfer

**Notice To:** M42534 Murphy, Joseph  **Notice Date:** 06/24/2022

**Housing Unit:** PMH-SM-02-25  **Inmate Status:** Active

The following items have been posted as receipts to your Inmate Trust Fund.

| Check Number | Check Written From: | Amount |
|---|---|---|
| 184886 | Dixon C.C. | .08 |
| Intake And Transfers From Other Institutions | | |

Date: 5/17/2022     Case: 3:22-cv-50335 Document #: 3 Filed: 08/04/22 Page 8 of 14 PageID #:15     Page 1
Time: 2:08pm     Dixon Correctional Center
d_list_inmate_trans_statement_composite     Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 11/17/2021 thru 05/17/2022;    Inmate: M   34;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / R  utions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors O  : No

**Inmate: M42534 Murphy, Joseph**        **sing Unit: DXP-XB-B -53**

| Date | Source | Transaction Type | Batch | Reference | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | | 1,428.58 |
| 11/22/21 | Disbursements | 88 Religious Items, Rug, Books, Prayer Bead | 3263176 | Chk #181417 | 88299679, Islamic Bo, 11/22/2021 | Inv. Date: | -71.00 | 1,357.58 |
| 12/02/21 | Point of Sale | 60 Commissary | 336760 | 1134684 | Commissary | | -30.00 | 1,327.58 |
| 12/07/21 | Payroll | 20 Payroll Adjustment | 3411176 | | P/R month of 112021 | | .00 | 1,327.58 |
| 12/16/21 | Disbursements | 84 Library | 3503176 | Chk #181871 | 84003530, DOC: 523 F, 11/24/2021 | Inv. Date: | -4.00 | 1,323.58 |
| 12/16/21 | Disbursements | 81 Legal Postage | 3503176 | Chk #181880 | 81300523, PB - Posta, 12/13/2021 | Inv. Date: | -8.80 | 1,314.78 |
| 12/16/21 | Disbursements | 81 Legal Postage | 3503176 | Chk #181880 | 81300106, PB - Posta, 12/02/2021 | Inv. Date: | -.40 | 1,314.38 |
| 01/06/22 | Point of Sale | 60 Commissary | 0067121 | 1137361 | Commissary | | -10.70 | 1,303.68 |
| 01/06/22 | Payroll | 20 Payroll Adjustment | 0061176 | | P/R month of 122021 | | .00 | 1,303.68 |
| 01/11/22 | Disbursements | 84 Library | 0113176 | Chk #182313 | 84004011, DOC: 523 F, 12/16/2021 | Inv. Date: | -11.30 | 1,292.38 |
| 01/20/22 | Disbursements | 88 Birthdate Present | 0203176 | Chk #182501 | 88302510, Murphy, Ja, 01/20/2022 | Inv. Date: | -800.00 | 492.38 |
| 01/20/22 | Disbursements | 88 Birthday Present | 0203176 | Chk #182539 | 88302548, Brumfield,, 01/20/2022 | Inv. Date: | -300.00 | 192.38 |
| 02/02/22 | Point of Sale | 60 Commissary | 0337121 | 1138743 | Commissary | | -24.86 | 167.52 |
| 02/04/22 | Payroll | 20 Payroll Adjustment | 0351176 | | P/R month of 1 2022 | | .00 | 167.52 |
| 02/15/22 | Disbursements | 88 4 Books | 0463176 | Chk #182918 | 88303638, Books N Th, 02/15/2022 | Inv. Date: | -102.18 | 65.34 |
| 02/15/22 | Disbursements | 88 Magazine Subscriptions | 0463176 | Chk #182919 | 88303639, Books N Th, 02/15/2022 | Inv. Date: | -45.00 | 20.34 |
| 02/28/22 | Mail Room | 04 Intake and Transfers In | 0592133 | 623486 | Cook County Jail Caseload | | .20 | 20.54 |
| 03/04/22 | Payroll | 20 Payroll Adjustment | 0631133 | | P/R month of 2 2022 | | .00 | 20.54 |
| 03/17/22 | Mail Room | 10 Western Union - Not Held | 076200 | 6059787957 | Murphy, Janaye | | 150.00 | 170.54 |
| 03/17/22 | Point of Sale | 60 Commissary | 0767121 | 1141637 | Commissary | | -3.08 | 167.46 |
| 03/18/22 | Point of Sale | 60 Commissary | 0777179 | 1141648 | Commissary | | .84 | 168.30 |
| 04/05/22 | Mail Room | 10 Western Union - Not Held | 095200 | 5343214393 | Murphy, Jeanette M | | 100.00 | 268.30 |
| 04/08/22 | Mail Room | 10 Western Union - Not Held | 098200 | 2946871004 | Murphy, Jeanette M | | 200.00 | 468.30 |
| 04/14/22 | Point of Sale | 60 Commissary | 1047121 | 1143669 | Commissary | | -288.84 | 179.46 |
| 04/18/22 | Disbursements | 84 Library | 1083190 | Chk #183962 | 8432151, DOC: 523 Fu, 03/31/2022 | Inv. Date: | -1.10 | 178.36 |
| 04/18/22 | Disbursements | 84 Library | 1083190 | Chk #183962 | 8432168, DOC: 523 Fu, 03/31/2022 | Inv. Date: | -4.00 | 174.36 |
| 04/18/22 | Disbursements | 81 Legal Postage | 1083190 | Chk #183968 | 8131813, PB - Postag, 03/24/2022 | Inv. Date: | -.40 | 173.96 |
| 04/18/22 | Disbursements | 81 Legal Postage | 1083190 | Chk #183968 | 8131814, PB - Postag, 03/24/2022 | Inv. Date: | -.20 | 173.76 |
| 04/26/22 | Disbursements | 88 Islamic Religious Items | 1163176 | Chk #184144 | 88033048, Islamic Bo, 04/26/2022 | Inv. Date: | -113.90 | 59.86 |
| 04/26/22 | Point of Sale | 60 Commissary | 1167121 | 1144652 | Commissary | | -21.92 | 37.94 |
| 05/10/22 | Payroll | 20 Payroll Adjustment | 1301176 | | P/R month of 4 2022 | | .00 | 37.94 |
| 05/13/22 | Disbursements | 84 Library | 1333190 | Chk #184443 | 84005273, DOC: 523 F, 04/20/2022 | Inv. Date: | -8.00 | 29.94 |
| 05/13/22 | Disbursements | 81 Legal Postage | 1333190 | Chk #184450 | 81033123, PB - Posta, 04/28/2022 | Inv. Date: | -.20 | 29.74 |

Date: 5/17/2022
Time: 2:08pm
d_list_inmate_trans_statement_composite

Case: 3:22-cv-50335 Document #: 3 Filed: 08/04/22 Page 9 of 14 PageID #:16

Dixon Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 11/17/2021 thru 05/17/2022; Inmate: M42534; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

Inmate: M42534 Murphy, Joseph

Housing Unit: DXP-XB-B -53

| | |
|---|---:|
| Total Inmate Funds: | 29.74 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 29.74 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

INMATE NAME: Murphy, Joseph  IDOC# M42534  H.U. & Cell XB-53

## CERTIFICATE

(TO BE COMPLETED BY PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ 29.74 in his trust fund account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution: Dixon CC

_____
Authorized Officer

Dixon CC
Institution

Business Administrator
Title

5/17/22
Date

IMPORTANT:

THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

Revised Jan 2002



**Abolitionist Law Center**
P.O. Box 8654
Pittsburgh, PA 15221
+1 412 654 9070
abolitionistlawcenter.org

May 27, 2022

**First Class Mail**

Joseph Murphy, #M42534
Dixon C.C. | 2600 N Brinton Ave
Dixon, IL 61021

**Re: your letter postdated 5.20.22**

Dear Joseph Murphy:

You recently contacted our office requesting assistance related to "multiple PREA claims" and denial of adequate medical care. I am truly sorry to hear about what you are going through. Unfortunately, while we appreciate your confidence in our firm, we regret that our ability to take on new cases or provide direct assistance is so limited because we recognize that your rights may have been violated and you are dealing with a difficult situation. However, we want you to know that we have received your letter, and *if there is anything we can do to provide assistance in the future, we will get in touch with you as soon as we can.*

In declining to represent you in this matter, the Abolitionist Law Center is not expressing an opinion on whether you will prevail if a lawsuit is filed. We recommend that you exhaust all administrative remedies, continue to seek representation from other attorneys, and/or file your non-frivolous claims *pro se* if you are unable to obtain professional representation. You should be aware that any case you may have carries specific time limits within which a lawsuit must be commenced. If a lawsuit has not been brought within the statute of limitations, you will be unable to pursue the case.

The Center for Constitutional Rights can provide for you The Jailhouse Lawyer's Handbook, a resource that is provided free of charge to prisoners who wish to file a federal lawsuit addressing poor conditions in prison or abuse by prison staff. The Handbook provides some aid in protecting your rights behind bars. You can request a copy of The Jailhouse Lawyer's Handbook at: The Center for Constitutional Rights, 666 Broadway, 7th Floor, New York, NY 10012.

We appreciate your taking the time to contact us and we hope you find the assistance you need. *Any information that we have attached is offered solely as a potential area for further research and should not be construed as legal advice.*

Sincerely,

Jonas Caballero, Legal Advocate
Abolitionist Law Center

Encls// JLM Ch. 23 (Right to Medical Care), Ch. 24 (Right to be free from assault), Ch. 30 (LGBTQ rights)

As we are based in PA, you might want to try reaching out to:

Illinois Prison Project
53 W. Jackson, Suite 452
Chicago IL, 60604

ACLU
150 N Michigan Ave #600
Chicago, IL 60601

Uptown People's Law Center
4413 N. Sheridan
Chicago, Illinois 60640

JB Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

1301 Concordia Court • P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

# MEMORANDUM

DATE: April 8, 2022

TO: Joseph Murphy M42534
Dixon Correctional Center

FROM: Ryan Nottingham
Agency PREA Coordinator

SUBJECT: Governor's Office Correspondence

Ms. Murphy –

I have been provided a copy of the correspondence you mailed to Governor JB Pritzker's Office. In the letter, you provide multiple complaints and allegations against staff and individuals in custody at Dixon Correctional Center

**Concern 1** - You have alleged you were sexually abused at Dixon CC and that your PREA claims are being 'denied'.
**Response** – The Department maintains a zero-tolerance policy against all forms of sexual abuse and harassment. Your allegations referenced in your letter have been referred for investigation. You should be provided the outcome of these allegations, in writing. If you have new allegations to report, please ensure those allegations are reported (see Facility Handbook or PREA signs displayed throughout the facility for ways to report).

**Concern 2** – You do not feel you should be housed in the male division at IDOC.
**Response** – Transfers from one gender facility to another gender facility in the Department are handled in accordance with 04.03.104, *Evaluation, Treatment and Correctional Management of Transgender Offenders*. Your request has been presented to the Transgender Administrative Committee (TAC) in accordance with this Directive. You should be provided with the Committee's response once that decision is made.

**Concern 3** – You have alleged you are 'extremely vulnerable' while housed at Dixon Correctional Center.
**Response** – You are currently designated as Vulnerable and housed accordingly – including being single-celled.

**Concern 4** – You stated you need medical attention.
**Response** – Facility administration will be notified of this request so medical staff at the facility may take appropriate action.

I hope this memo satisfactorily responds to all your concerns you relayed to Governor Pritzker's Office. If you have additional concerns, please contact the appropriate facility personnel, or contact me directly.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc



## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**KWAME RAOUL**
ATTORNEY GENERAL

May 18, 2022

**SENT VIA U.S.MAIL**
Mr. Joseph Murphy #M42534
PO Box 1200
Dixon, IL 61021

Re: Your Complaint against Dixon Correctional Center
2022-CRC-4760,

Dear Mr. Murphy,

    The Civil Rights Bureau of the Illinois Attorney General's Office is continuing to review your complaint against Dixon Correctional Center . At this time, we are monitoring the issues described in the complaint for patterns and practices of discrimination or unlawful conduct, and will contact you if our investigation moves forward.

    This should not be considered a final determination of the merits of your allegations or the result of any formal findings of fact or law. The Illinois Attorney General's Office represents the State of Illinois and the interests of the people living here, not the individual making a complaint. We cannot provide legal advice, represent you as your personal lawyer, or seek monetary or other relief on your behalf. Therefore, if you wish to proceed with possible claims, you may want to discuss it with an attorney or contact any of the following organizations for assistance:

**John Howard Association**
70 E Lake Street # 410
Chicago, IL 60601
Phone: (312) 291-9183
Website: https://www.thejha.org/

**Illinois Department of Corrections Jail and Detention Standards Division**

Page 1 of 2

555 W. Monroe Street
#600-S
Chicago, IL 60661
Phone: (217) 558-2200 ex 412
Website: https://www2.illinois.gov/idoc/aboutus/Pages/JailandDetentionStandards.aspx

       In the interim, please contact me at the telephone number or email address listed below if any new information or updates become available.

                Sincerely,

**Shavon M. Robinson, M.S.**
*Paralegal II, Civil Rights Bureau*
*Office of Attorney General*
*100 West Randolph Street, 11th Floor*
*Chicago, IL  60601*
*Mobile Phone: (773) 590-5187*
*Fax: (312) 814-3212*
*Email: shavon.robinson@ilag.gov*