**PC SCAN**

**FILED** RP
8/4/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s) Joseph Murphy #M42534
Andreya Montrise

v.

Defendant(s) #3 WARDEN "Tec"
c/o Bolin
Lt Knudson #8090

Case Number: **1:22-CV-04098**

Judge: **JUDGE ELLIS**
**MAGISTRATE JUDGE COX**
**PC4**

### MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, **Joseph Murphy**, declare that I am the (check appropriate box)
   ☑ plaintiff  ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
   (NOTE: This item must be completed.)
   A. A.C.L.U
   B. Upptown People Law
   C. Transformative Law
   but I have been unable to find an attorney because:
   Short Staff so not Able to Represent Murphy

3. I declare that (check all that apply):
   *(Now:)*
   ☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
   ☑ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

☑ Grammar school ☐ Some high school ☐ High school graduate
☐ Some college ☐ College graduate ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_Joseph Murphy_
Signature of Movant

Street Address: Pontiac C.C., P.O. Box 99.

Date: 07-27-2022

City, State, Zip: Pontiac IL 61764

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | Case No.: |
|---|---|
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: | Case No.: |
| Attorney's Name: | This case is still pending ☐ Yes ☐ No |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]