In The U.S. District Court For The Northern District Of Illinois, Western Division - Rockford

Joseph Murphy M42534
_____
Plaintiff(s)

v.

Andraya Tec, et al
_____
Defendant(s)

SCANNED at MENARD and E-mailed
10-21-22 by SS  1 pages
Date     initials  No.

Case No. 3:22-CV-50335
Hon. Iain D. Johnston

Status update (Address change)

1. I Am Plaintiff Murphy - Advising The Courts of my Address change. I Am Now Housed At Menard C.C., P.O Box 1000, Menard IL, 62259.

2. I Am Plaintiff Murphy Also Requesting a Status update on This Case Please. Last I was Informed That I was To Resubmit my Application To "Proceed In forma pauperis" - I Have Not Recieved any Form's Back And I Need To Be Sure Of what To Do Next Please.

3. I Am Plaintiff Murphy Advising the Court that while currently Housed At Menard.C.C. my Mail Has Constantly Been Coming up Missing or Given To other Inmate's, I'm Not Recieving anything Because of Staff Misconduct.

All Is True & Correct To my Best Knowlege
Joseph Murphy M42534, 10-19-22 -   Menard C.C.
                                    P.O. Box 1000
                                    Menard IL, 62259